UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D-Q University Board of Trustees, et al., | No. 2:21-cv-00553-KJM-KJN |
| Plaintiffs, | ORDER |
| v. | |
| Michael A. Williams, et al., | |
| Defendants. | |

Having reviewed the status report at ECF No. 39, the court has determined that this action has settled. The court also construes the status report as a request to lift the stay (*see* ECF No. 32) and to dismiss this action without prejudice under Federal Rule of Civil Procedure 41(a)(2) and **grants that request**. This action is **dismissed without prejudice**, and the case is **closed**.

IT IS SO ORDERED.

DATED: July 8, 2022.

CHIEF UNITED STATES DISTRICT JUDGE

1